*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

No. 24-BG-0652

IN RE ALISHA E. GORDON, RESPONDENT.

A Member of the Bar of the District of Columbia Court of Appeals
(Bar Registration No. 1010943)

On Report and Recommendation of the Board on Professional
Responsibility Hearing Committee Number Four
Approving Amended Petition for Negotiated Discipline
(BDN: 24-ND-003; DDN: 2022-D091)

(Decided August 15, 2024)

Before BECKWITH and MCLEESE, *Associate Judges*, and RUIZ, *Senior Judge*.

PER CURIAM: This decision is nonprecedential. Please refer to D.C. Bar R. XI, § 12.1(d) regarding the appropriate citation of this opinion.

In this disciplinary matter, the Hearing Committee recommends approval of an amended petition for negotiated attorney discipline. *See* D.C. Bar R. XI, § 12.1(c). Respondent Alisha E. Gordon voluntarily acknowledged that, in connection with securing a temporary restraining order ("TRO") on behalf of a client, she (1) misrepresented to the court that she had notified the opposing parties

of the TRO hearing and (2) failed to subsequently correct the misrepresentation at opposing counsel's request. As a result, respondent admits that she knowingly made a false statement of fact to a tribunal and failed to correct it in violation of D.C. R. Pro. Conduct 3.3(a). Respondent further admits that she thereby also engaged in conduct involving dishonesty or misrepresentation that seriously interfered with the administration of justice in violation of D.C. R. Pro. Conduct 8.4(c)-(d). The proposed discipline consists of a public censure and six hours of continuing legal education courses preapproved by the Office of Disciplinary Counsel.

Having reviewed the Committee's recommendation in accordance with our procedures in uncontested disciplinary cases, *see* D.C. Bar R. XI, § 12.1(d), we agree that this case is appropriate for negotiated discipline and that "the agreed-upon sanction is 'justified,'" *In re Mensah*, 262 A.3d 1100, 1104 (D.C. 2021) (per curiam) (quoting D.C. Bar R. XI, § 12.1(c)(3)), in light of reasonably analogous precedents. *See In re Benjamin*, 698 A.2d 434, 441 (D.C. 1997) (explaining that a public censure "is within the range of sanctions that might be imposed in a non-reciprocal case" for misrepresentations to a court); *cf. In re Rohde*, 234 A.3d 1203 (D.C. 2020) (per curiam) (public censure for misrepresentations to a court). Accordingly, it is

ORDERED that respondent Alisha E. Gordon is publicly censured and required to complete six hours of continuing legal education preapproved by the Office of Disciplinary Counsel.

*So ordered.*